NUMBER 13-03-138-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

___________________________________________________________________


ROBERT VALCIK , Appellant,



v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________________



On appeal from the 105th District Court 

of Nueces County, Texas.

___________________________________________________________________



MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Kennedy (1)

Opinion Per Curiam




 Appellant, ROBERT VALCIK , perfected an appeal from a judgment entered by the 105th District Court of
Nueces County, Texas, in cause number 01-CR-813-D . Appellant has filed a motion to dismiss the appeal. 
The motion complies with Tex. R. App. P. 42.2(a). In the motion, appellant requests appointment of counsel
should he need assistance in the future.

 The Court, having considered the documents on file and appellant's motions, is of the opinion that appellant's
motion to dismiss the appeal should be granted and his motion for appointment of counsel should be denied. 
Appellant's motion to dismiss the appeal is granted, and the appeal is hereby DISMISSED. Appellant's
motion for appointment of counsel is denied.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 1st day of May, 2003 .

1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme Court of Texas
pursuant to Tex. Gov't Code Ann. § 74.003 (Vernon 1998).